Fill in this information to identify the case:

United States Bankruptcy Court for the:
WESTERN District of NEW YORK
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | GARY REED ENTERPRISES, INC |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | HAIR ZOO |
| 3. Debtor's federal Employer Identification Number (EIN) | 1 6 - 1 3 9 7 2 5 5 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1673 EMPIRE BLVD<br>Number    Street | Number    Street |
| | P.O. Box |
| WEBSTER, NEW YORK    14580<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Monroe<br>County | Number    Street |
| | City    State    ZIP Code |

5. Debtor's website (URL)    https://www.hairzoo.com

6. Type of debtor
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | GARY REED ENTERPRISES, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

\_\_\_ \_\_\_ \_\_\_ \_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
               MM / DD / YYYY

District _____ When _____ Case number _____
               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____
                            MM / DD / YYYY
Case number, if known _____

Debtor  GARY REED ENTERPRISES, INC.                                   Case number (if known)_____
        ―――――――――――――――――――――――
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number      Street

_____
City                                              State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name      _____
       Phone             _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | GARY REED ENTERPRISES, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/21/2018
MM / DD / YYYY

X _/s/ Gary Reed_
Signature of authorized representative of debtor

GARY REED, SR.
Printed name

Title PRESIDENT

**18. Signature of attorney**

X _/s/ David Rasmussen_
Signature of attorney for debtor

Date 08/21/2018
MM / DD / YYYY

DAVID L. RASMUSSEN, ESQ.
Printed name

DAVIDSON FINK, LLP
Firm name

28 E. MAIN STREET, STE 1700
Number  Street

ROCHESTER,     NY    14614
City           State  ZIP Code

585-756-5952
Contact phone

drasmussen@davidsonfink.com
Email address

2021590          NY
Bar number       State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/21/2018          X  */s/ Gary Reed/*
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

GARY REED, SR.
Printed name

PRESIDENT
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify your case:**

Debtor 1: Gary Reed Enterprises, Inc.
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of New York

Case number: _____
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**
American Express
Creditor's Name
P.O. Box 297812
Number   Street

Ft Lauderdale    FL    33329
City             State ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Credit Card       $ 211,227.09

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:                       – $_____
   Unsecured claim                            $_____

**2**
Ascentium Capital, LLC
Creditor's Name

P.O. Box 550599
Number   Street

Jacksonville    FL    32255
City            State ZIP Code

Contact

Contact phone

What is the nature of the claim? _____       $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:                       – $_____
   Unsecured claim                            $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1
Case 2-18-20869-PRW,   Doc 1,   Filed 08/21/18,   Entered 08/21/18 12:07:43,
Description: Main Document , Page 6 of 16

**Unsecured claim**

### 3. Ascentium Capital, LLC
Creditor's Name  
P.O. Box 301593  
Number  Street

Dallas  TX  75303  
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Equipment Leases**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: – $_____
  Unsecured claim: $_____

$ 19,271.27

### 4. BB&T Commercial Equipment Capit
Creditor's Name  
2 Great Valley Parkway; Ste 300  
Number  Street

Malvern  PA  19355  
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Equipment Lease**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: – $_____
  Unsecured claim: $_____

$ 11,000.00

### 5. Blue Bridge Financial, LLC
Creditor's Name  
535 Washington Street, Ste 201  
Number  Street

Buffalo,  NY  14203  
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Equipment Leases**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: – $_____
  Unsecured claim: $_____

$ 75,359.25

### 6. Bryn Mawr Equipment Finance, Inc.
Creditor's Name  
620 West Germantown Pike, #310  
Number  Street

Plymouth Meeting  PA  19462  
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Equipment Lease**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: – $_____
  Unsecured claim: $_____

$ 9,628.53

### 7. CIT
Creditor's Name  
21146 Network Place  
Number  Street

Chicago  IL  60673  
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Lease**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: – $_____
  Unsecured claim: $_____

$ 5,000.00

Debtor 1 **Gary Reed Enterprises, Inc.**     Case number (if known) _____

               First Name    Middle Name    Last Name

                                                                                                        **Unsecured claim**

**8**   **Pacific Financial Leasing, Inc.**     What is the nature of the claim? **Lease**     $ **6,000.00**
Creditor's Name
**3455 S 344th Way, #300**
Number    Street
                              As of the date you file, the claim is: Check all that apply.
                              ☐ Contingent
                              ☐ Unliquidated
                              ☐ Disputed
**Federal Way     WA   98001**    ☐ None of the above apply
City                State    ZIP Code
                              Does the creditor have a lien on your property?
                              ☐ No
Contact                            ☐ Yes. Total claim (secured and unsecured):    $ _____
                                              Value of security:           – $ _____
Contact phone                         Unsecured claim                $ _____

**9**   **Bank of the West Equipment Financ**   What is the nature of the claim? **Equipment Leasing**    $ **7,053.97**
Creditor's Name
**Dept LA 23091**
Number    Street
                              As of the date you file, the claim is: Check all that apply.
                              ☐ Contingent
                              ☐ Unliquidated
                              ☐ Disputed
**Pasadena           CA   91185**    ☐ None of the above apply
City                State    ZIP Code
                              Does the creditor have a lien on your property?
                              ☐ No
Contact                            ☐ Yes. Total claim (secured and unsecured):    $ _____
                                              Value of security:           – $ _____
Contact phone                         Unsecured claim                $ _____

**10**   **Navitas Credit Corp**     What is the nature of the claim? **Equipment Lease**    $ **47,072.87**
Creditor's Name
**P.O. Box 65**
Number    Street
                              As of the date you file, the claim is: Check all that apply.
                              ☐ Contingent
                              ☐ Unliquidated
                              ☐ Disputed
**Glendale           SC   29346**    ☐ None of the above apply
City                State    ZIP Code
                              Does the creditor have a lien on your property?
                              ☐ No
Contact                            ☐ Yes. Total claim (secured and unsecured):    $ _____
                                              Value of security:           – $ _____
Contact phone                         Unsecured claim                $ _____

**11**   **OnDeck Capital Inc.**     What is the nature of the claim? _____    $ **439,776.43**
Creditor's Name
**1400 Broadway 25th Floor**
Number    Street
                              As of the date you file, the claim is: Check all that apply.
                              ☐ Contingent
                              ☐ Unliquidated
                              ☐ Disputed
**New York City      NY**    ☐ None of the above apply
City                State    ZIP Code
                              Does the creditor have a lien on your property?
                              ☐ No
Contact                            ☐ Yes. Total claim (secured and unsecured):    $ _____
                                              Value of security:           – $ _____
Contact phone                         Unsecured claim                $ _____

**12**   **ReadyCap Lending, LLC**     What is the nature of the claim? _____    $ **145,493.17**
Creditor's Name
**420 Mountain Avenue**
Number    Street
                              As of the date you file, the claim is: Check all that apply.
                              ☐ Contingent
                              ☐ Unliquidated
                              ☐ Disputed
**New Providence    NJ   07974**    ☐ None of the above apply
City                State    ZIP Code
                              Does the creditor have a lien on your property?
                              ☐ No
Contact                            ☐ Yes. Total claim (secured and unsecured):    $ _____
                                              Value of security:           – $ _____
                                              Unsecured claim                $ _____

Contact phone

Debtor 1 __Gary Reed Enterprises, Inc.__    Case number *(if known)*_____

Unsecured claim

**13** **IBM**
Creditor's Name
P.O. Box 645670
Number   Street

Pittsburgh        PA    15264
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Services Received__    $ __4,533.31__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:               – $_____
          Unsecured claim                    $_____

**14** **New York Business Development**
Creditor's Name
50 Beaver Street, 5th Floor
Number   Street
Empire State CDC; 504 Company

Albany            NY    12207
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:               – $_____
          Unsecured claim                    $_____

**15** **U S Equipment Finance**
Creditor's Name
1310 Madrid Street
Number   Street

Marshall          MN    56258
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Equipment Leasing__    $ __14,094.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:               – $_____
          Unsecured claim                    $_____

**16** **United Leasing and Finance**
Creditor's Name
3700 E Morgan Avenue
Number   Street

Evansville        IN    44715
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ __3,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:               – $_____
          Unsecured claim                    $_____

**17** **Marlin Business Bank**
Creditor's Name
P.O. Box 13604
Number   Street

Phildelphia       PA    19101
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Business Lending__    $ __75,808.47__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:               – $_____
          Unsecured claim                    $_____

Debtor 1  __Gary Reed Enterprises, Inc.__  Case number (if known) _____
First Name  Middle Name  Last Name

Unsecured claim

### 18
**HP Financial Services Company**
Creditor's Name
P.O. Box 402582
Number  Street

Atlanta  GA  30384
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Services Rendered__  $ 6,185.22

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

### 19
**Targeted Lease Capital LLC**
Creditor's Name
5500 Main Street Ste 300
Number  Street

Williamsville  NY  14221
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Leasing Services__  $ 42,304.67

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

### 20
**Hitachi Capital America Vendor Ser**
Creditor's Name
7808 Creekridge Circle Ste 250
Number  Street

Edina  MN  55439
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $ 292,708.40

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _/s/ Gary Reed_   X _____
Signature of Debtor 1         Signature of Debtor 2

Date __08/21/2018__   Date _____
 MM / DD / YYYY        MM / DD / YYYY

Official Form 104  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 5
Case 2-18-20869-PRW, Doc 1, Filed 08/21/18, Entered 08/21/18 12:07:43, Description: Main Document, Page 10 of 16

# United States Bankruptcy Court
## Western District of New York

In re  GARY REED ENTERPRISES, INC.

Debtor(s)

Case No.
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gary Reed<br>606 Brookstone Bend, Webster, NY 14580 | | | 50% |
| Elaine Reed<br>606 Brookstone Bend, Webster, NY 14580 | | | 50% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  August 21, 2018         Signature  *[signed] Gary Reed*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Western District of New York**

In re  GARY REED ENTERPRISES, INC.                                   Case No.
                                        Debtor(s)                     Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  GARY REED ENTERPRISES, INC.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 21, 2018
Date

DAVID L. RASMUSSEN, ESQ., 2021590, ATTORNEY IN NEW YORK
Signature of Attorney or Litigant
Counsel for  GARY REED ENTERPRISES, INC.
DAVIDSON FINK, LLP
28 EAST MAIN STREET, STE 1700
ROCHESTER, NEW YORK 14614
drasmussen@davidsonfink.com
(585) 756-5952

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

American Express
P.O. Box 297812
Ft Lauderdale, FL 33329

Ascentium Capital, LLC
P.O. Box 550599
Jacksonville, FL 32255

Joseph Capobianco, Esq.
Attorney for Ascentium Capital LLC
1305 Franklin Avenue
Suite 270
Garden City, NY 11530
jcapobianco@reismanpeirez.com

Ascentium Capital, LLC
P.O. Box 301593
Dallas, TX 75303

Bank of the West Equipment Finance
Dept LA 23091
Pasadena, CA 91185

BB&T Commercial Equipment Capital
2 Great Valley Parkway; Ste 300
Malvern, PA 19355

Blue Bridge Financial, LLC
535 Washington Street, Ste 201
Buffalo, NY 14203

Bryn Mawr Equipment Finance, Inc.
620 West Germantown Pike #310
Plymouth Meeting PA 19462

CIT
21146 Network Place
Chicago, IL 60673

Hitachi Capital America Vendor Services
7808 Creekridge Circle Ste 250
Edina, MN 55439

Richard A. Glassman
Attorney for Hitachi Capital American Vendor Services
222 South Ninth Syreey Ste 1600
Minneapolis, MN 55402
rglassman@rglassmanlaw.com

HP Financial Services Company
P.O. Box 402582
Atlanta, GA 30384

IBM
P.O. Box 645670
Pittsburgh, PA 15264

Marlin Business Bank
P.O. box 13604
Philadelphia, PA 19101

Navitas Credit Corp
111 Executive Center Drive
Suite 102
Columbia, SC 29210

Lauri S. Darwin, Esq.
Attorney for Navitas Credit Corp
P.O. Box 65
Glendale, SC 29346

New York Business Development Corp.
Empire State CDC; The 504 Company
PrudentLenders, LLC
50 Beaver Street, 5th Floor
Albany, New York 12207

OnDeck Capital Inc.
1400 Broadway 25th Floor
New York City, NY 10018

Pacific Financial Leasing, Inc.
3455 S 344th Way, #300
Federal Way, WA 98001

ReadyCap Lending
420 Mountain Avenue
New Providence, NJ 07974

Targeted Lease Capital LLC
5500 Main Street Ste 300
Williamsville, NY 14221

Seth L. Hibbert, Esq.
Attorney for Targeted Lease Capital, LLC
Getman & Biryla, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14202
shibbert@getmanbiryla.com

United Leasing and Finance
3700 E Morgan Avenue
Evansville, IN 44715

U.S. Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Charles A. Gruen, Esq.
Attorney for U.S. Equipment Finance
381 Broadway, Suite 300
Westwood, NJ 07675
cgruen@gruenlaw.com

m2 Lease Funds, LLC
c/o Russell S. Long
111 E Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202
rlong@dkattorneys.com

Amount owed: $209,701.27